**In the Matter of JOHN N. KNAUFF CO., Inc., Bankrupt. John N. Knauff Co., Inc., Appellant, William P. Youngs & Bro. and others, Appellees.**

**No. 496.**

Circuit Court of Appeals, Second Circuit.

July 1, 1935.

Nathaniel Herman, of New York City (Walter B. Milkman, of Brooklyn, N. Y.,

of counsel), for appellant John N. Knauff Co., Inc.

Edwin M. Slote, of New York City, for appellee William P. Young & Bro.

Nathan Hubbard Stone, of New York City (Edwin M. Slote and J. Leonard Stoll, both of New York City, of counsel), for petitioning creditors.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.